863 A.2d 1140

**Jane GRAHAM**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD (MAYVIEW STATE HOSPITAL)**

**Petition of Mayview State Hospital.**

Supreme Court of Pennsylvania.

Dec. 29, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of December, 2004, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **REVERSED,** pursuant to *Eidem v. WCAB*, 560 Pa. 439, 746 A.2d 101 (2000). Jurisdiction relinquished.